UNITED STATES, RESPONDENT, *v.* CHURCH FARM AND FRANCIS ARMSTRONG AND ANOTHER, TRUSTEES, APPELLANTS.

[For points decided, see *United States* v. *Tithing Yard, ante.*]

Same counsel as in case before.

SMITH, J.:

The findings of fact in this case show that the church first acquired an interest in the real estate proceeded against in this action, and which is known as the "Church Farm," in the year 1874; and in accordance with the views expressed in the case of *U. S.* v. *Tithing Yard, ante,* 34 Pac. Rep. 55, the decree of the district court, declaring the property escheated to the United States, is affirmed.

BARTCH, J., and MINER, J., concurred.